

**UNITED STATES COURTS FOR THE FIRST CIRCUIT**
**OFFICE OF THE CIRCUIT EXECUTIVE**
**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 3700**
**BOSTON, MA 02210**

**SUSAN J. GOLDBERG**
**CIRCUIT EXECUTIVE**
**617-748-9614**

**FLORENCE PAGANO**
**DEPUTY CIRCUIT EXECUTIVE**
**617-748-9376**

December 20, 2024

Christa K. Berry, Clerk
United States District Court
Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, ME 04101

Dear Christa:

    I have enclosed the following annual designations to sit in the District of Maine for the period beginning on January 1, 2025 through December 31, 2025:

Senior Circuit Judge Kermit V. Lipez, U.S. Court of Appeals
Senior Circuit Judge William J. Kayatta, Jr., U.S. Court of Appeals
Senior Judge George Z. Singal, District of Maine
Senior Judge John A. Woodcock, Jr., District of Maine
Chief Judge Landya B. McCafferty, District of New Hampshire
Senior Judge Paul J. Barbadoro, District of New Hampshire
Senior Judge Steven J. McAuliffe, District of New Hampshire
Judge Joseph N. Laplante, District of New Hampshire
Judge Samantha D. Elliott, District of New Hampshire
Chief Judge John J. McConnell, Jr., District of Rhode Island
Senior Judge William E. Smith, District of Rhode Island
Judge Mary S. McElroy, District of Rhode Island

          Sincerely,

          Susan J. Goldberg

SJG:jp
cc/enc.:   Chief Judge David J. Barron   Judge Paul J. Barbadoro
          Judge Kermit V. Lipez   Judge Steven J. McAuliffe
          Judge William J. Kayatta, Jr.   Judge Joseph N. Laplante
          Chief Judge Lance E. Walker   Judge Samantha D. Elliott
          Judge George Z. Singal   Chief Judge John J. McConnell, Jr.
          Judge John A. Woodcock, Jr.   Judge William E. Smith
          Chief Judge Landya B. McCafferty   Judge Mary S. McElroy

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable Kermit V. Lipez, Senior Circuit Judge of the United States Court of Appeals for the First Circuit, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable Kermit V. Lipez to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*

Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable William J. Kayatta, Jr., Senior Circuit Judge of the United States Court of Appeals for the First Circuit, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable William J. Kayatta, Jr., to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

      The Honorable George Z. Singal, Senior District Judge of the United States District Court for the District of Maine, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025;

      NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable George Z. Singal to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

_____<br>Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable John A. Woodcock, Jr., Senior District Judge of the United States District Court for the District of Maine, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable John A. Woodcock, Jr., to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

                                                                    _____
                                                                              Chief Judge

Dated: December 11, 2024
First Circuit

# DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Landya B. McCafferty, Chief District Judge of the United States District Court for the District of New Hampshire, to hold a district court in the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

The Honorable Paul J. Barbadoro, Senior District Judge of the United States District Court for the District of New Hampshire, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable Paul J. Barbadoro, to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable Steven J. McAuliffe, Senior District Judge of the United States District Court for the District of New Hampshire, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine, during the period beginning on January 1, 2025, and ending on December 31, 2025;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable Steven J. McAuliffe to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Joseph N. Laplante, District Judge of the United States District Court for the District of New Hampshire, to hold a district court in the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Samantha D. Elliott, District Judge of the United States District Court for the District of New Hampshire, to hold a district court in the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

*/s/*
Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable John J. McConnell, Jr., Chief District Judge of the United States District Court for the District of Rhode Island, to hold a district court in the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: December 11, 2024
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable William E. Smith, Senior District Judge of the United States District Court for the District of Rhode Island, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable William E. Smith to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: December 11, 2024
First Circuit

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Mary S. McElroy, District Judge of the United States District Court for the District of Rhode Island, to hold a district court in the District of Maine during the period beginning on January 1, 2025, and ending on December 31, 2025, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: December 11, 2024
First Circuit